IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

CASE NO: 17-04752-ESL/C

IN RE:                                           CHAPTER: 13

**CANINO LOPEZ, ROSA IDANIS**      **,**
**(SS: 7371)**                                  **(SS: )**

**Debtor(s)**

**URB. SAGRADO CORAZON
16 13 CALL SAN JULIAN ALTOS
SAN JUAN, PR 00926**

_____

**INFORMATIVE MOTION
(DOCUMENTS PROVIDED TO THE TRUSTEE )**

**TO THE HONORABLE COURT:**

COME(S) NOW Debtor(s), represented by the undersigned attorney, and represents as follows:

1. We hereby inform that the documents described in the attached exhibit were electronically provided to the trustee: **COURT DOCUMENTS, TITLE STUDY, APPRAISAL REPORT, COMPARABLES REPORT, TAX RETURNS FROM 2013 THROUGH 2016, SOCIAL SECURITY BENEFITS, PAY STUBS, ASUME CERTIFICATION.**

**WHEREFORE** we pray from this Honorable Court to take notice of the information that was provided to the trustee.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to the all parties in interest in the attached master address list. We will serve by Postal Service the document to any non CM/ECF participants.

On this day, July 20, 2017

                                                                                   **LEGAL PARTNERS, P.S.C.**
                                                                                   Box 316, Señorial Station
                                                                                   San Juan, P.R. 00926-6023
                                                                                         Tel:(787) 791-1818
                                                                                         Fax: (787) 791-4260

*/S/ JUAN M. SUAREZ COBO*
USDCPR 211010
suarezcobo@gmail.com



# Trustee Electronic Document Filing Application (TEDFA)

## Confirmation Receipt

**Case Number:** 1704752

**Username:** jms2001

**Debtor 1:** ROSA IDANIS CANINO LOPEZ

**Debtor 2:**

**Lawyer:** JUAN M SUAREZ COBO*

**Atty. Firstname:** Juan M.

**Atty. Lastname:** Suarez Cobo

**Law Firm:** Law Office

**Document Type Filed:** Other Courts – Docs. Complaints, Judgements, etc.

**Upload Date:** 7/20/2017 10:20:54 AM

**Original File(s) Name:** COURT DOCUMENTS.pdf

## IMPORTANT WARNING

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.

7/20/2017 10:22:13 AM



**Trustee Electronic Document Filing Application (TEDFA)**

## Confirmation Receipt

**Case Number:** 1704752

**Username:** jms2001

**Debtor 1:** ROSA IDANIS CANINO LOPEZ

**Debtor 2:**

**Lawyer:** JUAN M SUAREZ COBO*

**Atty. Firstname:** Juan M.

**Atty. Lastname:** Suarez Cobo

**Law Firm:** Law Office

**Document Type Filed:** Legal Title – Deeds, Contracts, Will, etc.

**Upload Date:** 7/20/2017 10:21:02 AM

**Original File(s) Name:** TITLE STUDY.pdf

### IMPORTANT WARNING

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.

7/20/2017 10:22:13 AM



Trustee Electronic Document Filing Application (TEDFA)

## Confirmation Receipt

**Case Number:** 1704752

**Username:** jms2001

**Debtor 1:** ROSA IDANIS CANINO LOPEZ

**Debtor 2:**

**Lawyer:** JUAN M SUAREZ COBO*

**Atty. Firstname:** Juan M.

**Atty. Lastname:** Suarez Cobo

**Law Firm:** Law Office

**Document Type Filed:** Appraisal and/or Comparable Sales Report

**Upload Date:** 7/20/2017 10:21:10 AM

**Original File(s) Name:** APPRAISAL REPORT.pdf

### IMPORTANT WARNING

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.

7/20/2017 10:22:13 AM



# Trustee Electronic Document Filing Application (TEDFA)

## Confirmation Receipt

| | |
|---|---|
| **Case Number:** | 1704752 |
| **Username:** | jms2001 |
| **Debtor 1:** | ROSA IDANIS CANINO LOPEZ |
| **Debtor 2:** | |
| **Lawyer:** | JUAN M SUAREZ COBO* |
| **Atty. Firstname:** | Juan M. |
| **Atty. Lastname:** | Suarez Cobo |
| **Law Firm:** | Law Office |
| **Document Type Filed:** | Appraisal and/or Comparable Sales Report |
| **Upload Date:** | 7/20/2017 10:21:10 AM |
| **Original File(s) Name:** | COMPARABLES REPORT.pdf |

## IMPORTANT WARNING

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.

7/20/2017 10:22:13 AM



**Trustee Electronic Document Filing Application (TEDFA)**

## Confirmation Receipt

| | |
|---|---|
| **Case Number:** | 1704752 |
| **Username:** | jms2001 |
| **Debtor 1:** | ROSA IDANIS CANINO LOPEZ |
| **Debtor 2:** | |
| **Lawyer:** | JUAN M SUAREZ COBO* |
| **Atty. Firstname:** | Juan M. |
| **Atty. Lastname:** | Suarez Cobo |
| **Law Firm:** | Law Office |
| **Document Type Filed:** | Income - Social Security and/or Pension Certification |
| **Upload Date:** | 7/20/2017 10:21:19 AM |
| **Original File(s) Name:** | SS BENEFITS.pdf |

### IMPORTANT WARNING

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.

7/20/2017 10:22:13 AM



**Trustee Electronic Document Filing Application (TEDFA)**

## Confirmation Receipt

**Case Number:** 1704752

**Username:** jms2001

**Debtor 1:** ROSA IDANIS CANINO LOPEZ

**Debtor 2:**

**Lawyer:** JUAN M SUAREZ COBO*

**Atty. Firstname:** Juan M.

**Atty. Lastname:** Suarez Cobo

**Law Firm:** Law Office

**Document Type Filed:** Income - Pay stubs or equivalent evidence

**Upload Date:** 7/20/2017 10:21:24 AM

**Original File(s) Name:** PAY STUBS.pdf

### IMPORTANT WARNING

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.

7/20/2017 10:22:13 AM



**Trustee Electronic Document Filing Application (TEDFA)**

## Confirmation Receipt

| | |
|---|---|
| **Case Number:** | 1704752 |
| **Username:** | jms2001 |
| **Debtor 1:** | ROSA IDANIS CANINO LOPEZ |
| **Debtor 2:** | |
| **Lawyer:** | JUAN M SUAREZ COBO* |
| **Atty. Firstname:** | Juan M. |
| **Atty. Lastname:** | Suarez Cobo |
| **Law Firm:** | Law Office |
| **Document Type Filed:** | DSO - Other Document |
| **Upload Date:** | 7/20/2017 10:21:29 AM |
| **Original File(s) Name:** | ASUME CERTIFICATION.pdf |

### IMPORTANT WARNING

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.

7/20/2017 10:22:13 AM



Trustee Electronic Document Filing Application (TEDFA)

## Confirmation Receipt

**Case Number:** 1704752

**Username:** jms2001

**Debtor 1:** ROSA IDANIS CANINO LOPEZ

**Debtor 2:**

**Lawyer:** JUAN M SUAREZ COBO*

**Atty. Firstname:** Juan M.

**Atty. Lastname:** Suarez Cobo

**Law Firm:** Law Office

**Document Type Filed:** Taxes - Income Tax Returns

**Upload Date:** 7/20/2017 10:22:07 AM

**Original File(s) Name:** TAX RETRUNS 2013-2016_Part1.pdf

## IMPORTANT WARNING

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.

7/20/2017 10:22:13 AM



**Trustee Electronic Document Filing Application (TEDFA)**

## Confirmation Receipt

| | |
|---|---|
| **Case Number:** | 1704752 |
| **Username:** | jms2001 |
| **Debtor 1:** | ROSA IDANIS CANINO LOPEZ |
| **Debtor 2:** | |
| **Lawyer:** | JUAN M SUAREZ COBO* |
| **Atty. Firstname:** | Juan M. |
| **Atty. Lastname:** | Suarez Cobo |
| **Law Firm:** | Law Office |
| **Document Type Filed:** | Taxes - Income Tax Returns |
| **Upload Date:** | 7/20/2017 10:22:08 AM |
| **Original File(s) Name:** | TAX RETRUNS 2013-2016_Part2.pdf |

### IMPORTANT WARNING

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.

7/20/2017 10:22:13 AM