**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

**CASE NO: 17-04752-ESL/C**

IN RE: **CHAPTER: 13**

**CANINO LOPEZ, ROSA IDANIS
(SS: 7371)**

Debtor

URB. SAGRADO CORAZON
16 13 CALL SAN JULIAN ALTOS
SAN JUAN, PR 00926

**INFORMATIVE MOTION
(DOCUMENTS PROVIDED TO THE TRUSTEE )**

**TO THE HONORABLE COURT:**

COMES NOW Debtor, represented by the undersigned attorney, and represents as follows:

1. We hereby inform that the documents described in the attached exhibit were electronically provided to the trustee: **EVIDENCE OF LIEN ENCUMBERED BY INHERITANCE PROPERTY.**

**WHEREFORE** we pray from this Honorable Court to take notice of the information that was provided to the trustee.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to the all parties in interest in the attached master address list. We will serve by Postal Service the document to any non CM/ECF participants.

On this day, August 29, 2017

**LEGAL PARTNERS, P.S.C.**
Box 316, Señorial Station
San Juan, P.R. 00926-6023
Tel:(787) 791-1818
Fax: (787) 791-4260

*/s/Ruby Dee Fontánez Rodríguez*
Ruby Dee Fontánez Rodríguez
USDCPR 301711
rfontanez@legalpartnerspr.com



Trustee Electronic Document Filing Application (TEDFA)

## Confirmation Receipt

**Case Number:** 1704752

**Username:** jms2001

**Debtor 1:** ROSA IDANIS CANINO LOPEZ

**Debtor 2:**

**Lawyer:** JUAN M SUAREZ COBO*

**Atty. Firstname:** Juan M.

**Atty. Lastname:** Suarez Cobo

**Law Firm:** Law Office

**Document Type Filed:** Legal Title – Deeds, Contracts, Will, etc.

**Upload Date:** 8/29/2017 1:28:03 PM

**Original File(s) Name:** 17-04752-BPPR LIEN.pdf

### IMPORTANT WARNING

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.

8/29/2017 1:28:11 PM